United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Richard P. Johnson
    Debtor

Case No. 19-13736-jkf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Oct 01, 2019
                        Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2019.
14367597     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage LLC,   d/b/a Mr. Cooper,   P.O. Box 619096,
        Dallas, TX 75261-9741)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2019                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2019 at the address(es) listed below:
        CHRISTOPHER R. MOMJIAN   on behalf of Creditor   Commonwealth of Pennsylvania, Department of
         Revenue crmomjian@attorneygeneral.gov
        DANIEL P. JONES   on behalf of Creditor   CitiMortgage, INC. djones@sterneisenberg.com,
         bkecf@sterneisenberg.com
        DANIELLE BOYLE-EBERSOLE   on behalf of Creditor   U.S. Bank National Association, not in its
         individual capacity but solely as trustee for the RMTP Trust, Series 2019-C
         debersole@hoflawgroup.com,   pfranz@hoflawgroup.com
        KARINA VELTER   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
        KEVIN G. MCDONALD   on behalf of Creditor   Nationstar Mortgage LLC D/B/A Mr. Cooper
         bkgroup@kmllawgroup.com
        KEVIN G. MCDONALD   on behalf of Creditor   Elkhorn Depositor LLC bkgroup@kmllawgroup.com
        MICHAEL G. DEEGAN   on behalf of Debtor Richard P. Johnson mgdeegan@comcast.net,
         mike@deeganlawfirm.com
        SCOTT F. WATERMAN (Chapter 13)   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
         ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                         TOTAL: 10

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-13736-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Richard P. Johnson
20 Wilmington Road
Coatesville PA 19320

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/30/2019.

Name and Address of Alleged Transferor(s):

Claim No. 4: Nationstar Mortgage LLC, d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741

Name and Address of Transferee:

U.S. Bank National Association, et al.
c/o Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/03/19

Tim McGrath
**CLERK OF THE COURT**