UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    RICHARD P. JOHNSON<br><br>    Debtor | Chapter 13<br>Bankruptcy No.19-13736-JKF |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 6th day of November, 2019, by first class mail upon those listed below:

RICHARD P. JOHNSON
20 WILMINGTON ROAD
COATESVILLE, PA  19320

**Electronically via CM/ECF System Only:**

MICHAEL G DEEGAN ESQ
134 W KING ST
MALVERN, PA  19355

                                          */s/ Deborah A. Earnshaw*
                                          Deborah A. Earnshaw
                                          for
                                          Scott F. Waterman, Esquire
                                          Standing Chapter 13 Trustee