# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In Re:  Richard Johnson | : | Chapter 13 |
|  | : |  |
| Debtor(s) | : |  |
|  | : |  |
|  | : | Case No. 19-13736 jkf |
|  | : |  |
|  | : |  |

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINES FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss Case filed by Scott Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby ORDERED that:

1. This Chapter 13 bankruptcy is **DISMISSED**.

2. Counsel for the debtor shall file a master mailing list with the Clerk of the Bankruptcy Court, if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowances of professional fees) shall be filed within twenty-one (21) days of the entry of this Order, if such has not been previously filed.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7.  If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsel have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to the Debtor(s) pursuant to 11 U.S.C. §1326

**Date: April 29, 2020**

Date:

**JEAN K. FITZSIMON**
U.S. BANKRUPTCY JUDGE.