United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-13736-jkf
Richard P. Johnson                                                      Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett          Page 1 of 2           Date Rcvd: Apr 29, 2020
                            Form ID: pdf900          Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2020.
```
db             +Richard P. Johnson,    20 Wilmington Road,    Coatesville, PA 19320-4135
aty            +Michael Deegan,   134 West King Street,    Malvern, PA 19355-2412
cr             +CitiMortgage, INC.,    c/o Stern & Eisenberg, PC,    1581 Main Street,   Suite 200,
                 Warrington, PA 18976-3403
14361576        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14339625       +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
14339627       +Cenlar Mortgage,    PO Box 77404,   Trenton, NJ 08628-6404
14339626       +Cenlar Mortgage,    425 Philips Blvd,    Attn: Bankruptcy,    Trenton, NJ 08618-1430
14339629        Chester County Hospital,    PO Box 824406,    Philadelphia, PA 19182-4406
14344166       +CitiMortgage, INC.,    c/o Daniel Jones, Esquire,    1581 Main Street,   Suite 200,
                 Warrington, PA 18976-3403
14370572       +CitiMortgage, Inc.,    c/o Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
14358398       +Commonwealth of PA Dept. of Revenue,    c/o Christopher R. Momjian,    The Phoenix Building,
                 1600 Arch Street, Suite 300,    Philadelphia, PA 19103-2016
14358645       +Commonwealth of Pennsylvania,    Department of Revenue,    c/o CHRISTOPHER R. MOMJIAN,
                 Office of the Attorney General,    1600 Arch Street,3rd Floor,    Philadelphia, PA 19103-2016
14352188       +JPMORGAN CHASE BANK, N.A.,    c/o KARINA VELTER,    Manley Deas Kochalski LLC,   P.O. Box 165028,
                 Columbus, OH 43216-5028
14339632       +KML Law Group,   701 Market Street,    Suite 500,   Philadelphia, PA 19106-1538
14339634       +Mr. Cooper,   8950 Cypress Waters Blvd,    Attn: Bankruptcy,    Coppell, TX 75019-4620
14339635       +Mr. Cooper,   350 Highland,    Houston, TX 77009-6623
14367597      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,     d/b/a Mr. Cooper,   P.O. Box 619096,
                 Dallas, TX 75261-9741)
14342784       +Nationstar Mortgage LLC D/B/A Mr. Cooper,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                 701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14339637       +Penn Medicine,   PO Box 824406,    Philadelphia, PA 19182-4406
14339640       #Rhoads Energy,    PO Box 1198,   Lancaster, PA 17608-1198
14397136       +U.S. Bank National Association, et al.,    c/o Rushmore Loan Management Services,
                 P.O. Box 55004,    Irvine, CA 92619-5004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Apr 30 2020 03:19:36     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 30 2020 03:19:12
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 30 2020 03:19:33     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 30 2020 03:19:12
                 Commonwealth of Pennsylvania, Department of Revenu,    Bureau of Compliance,   Dept. 280946,
                 Harrisburg, PA  17128-0946
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2020 03:29:26     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14339628       +E-mail/Text: bk.notifications@jpmchase.com Apr 30 2020 03:19:08     Chase Auto Finance,
                 PO Box 901076,    Fort Worth, TX 76101-2076
14339630       +E-mail/PDF: creditonebknotifications@resurgent.com Apr 30 2020 03:29:03     Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,   Las Vegas, NV 89193-8873
14339631        E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 30 2020 03:19:02     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
14367978        E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 30 2020 03:29:28
                 JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. Box 901032,
                 Ft. Worth TX 76101-2032
14372834        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 30 2020 03:29:03     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14339633       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 30 2020 03:19:23     Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
14375246        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 30 2020 03:29:30
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14339638       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 30 2020 03:19:12
                 Pennsylvania Department of Revenue,    Department 280946,    Attn: Bankruptcy Division,
                 Harrisburg, PA 17128-0001
14339639       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 30 2020 03:30:06
                 Portfolio Recovery,    Po Box 41021,   Norfolk, VA 23541-1021
14339641       +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2020 03:29:27     SYNCB/Texaco,   Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
14340371       +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2020 03:29:57     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14339642       +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2020 03:28:58     Synchrony Bank/Care Credit,
                 Attn:  Bankruptcy Dept,   Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 17
```

```
District/off: 0313-2          User: Antoinett           Page 2 of 2             Date Rcvd: Apr 29, 2020
                              Form ID: pdf900           Total Noticed: 38
```

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14339636         Office Lease
                                                                                           TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2020 at the address(es) listed below:
              ANTHONY   ST. JOSEPH    on behalf of Creditor    United States of America on Behalf of IRS
               anthony.stjoseph@usdoj.gov,    mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov
              CHRISTOPHER R. MOMJIAN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue crmomjian@attorneygeneral.gov
              DANIEL P. JONES    on behalf of Creditor    CitiMortgage, INC. djones@sterneisenberg.com,
               bkecf@sterneisenberg.com
              DANIELLE   BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMTP Trust, Series 2019-C
               debersole@hoflawgroup.com,   pfranz@hoflawgroup.com
              KARINA   VELTER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    Elkhorn Depositor LLC bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
               bkgroup@kmllawgroup.com
              MICHAEL G. DEEGAN    on behalf of Debtor Richard P. Johnson mgdeegan@comcast.net,
               mike@deeganlawfirm.com
              MICHAEL G. DEEGAN    on behalf of Attorney Michael   Deegan mgdeegan@comcast.net,
               mike@deeganlawfirm.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:  Richard Johnson : Chapter 13

Debtor(s) :

: Case No. 19-13736 jkf

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINES FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

AND NOW, upon consideration of the Motion to Dismiss Case filed by Scott Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby ORDERED that:

1. This Chapter 13 bankruptcy is **DISMISSED**.

2. Counsel for the debtor shall file a master mailing list with the Clerk of the Bankruptcy Court, if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowances of professional fees) shall be filed within twenty-one (21) days of the entry of this Order, if such has not been previously filed.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7.     If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsel have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to the Debtor(s) pursuant to 11 U.S.C. §1326

**Date: April 29, 2020**

Date:_____

_____
**JEAN K. FITZSIMON**
U.S. BANKRUPTCY JUDGE.