## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Richard Johnson | : | Chapter 13 |
| | : | |
| Debtor(s) | : | |
| | : | |
| | : | Case No. 19-13736 jkf |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE, NO RESPONSE AND REQUEST FOR ENTRY AND ORDER APPROVING THE APPLICATION FOR COMPENSATION

Michael G. Deegan, Esquire, counsel for the above captioned debtor do hereby certify as follows:

1. If the foregoing Application for Allowance of Debtor's Counsel for Allowance of Compensation ("the Application") was not served upon the persons below by electronic means pursuant to L.B.R. 2005 and Paragraphs 2c of this Court's Standing Order dated April 1, 2003, as amended, I served the Application by electronic means or first class mail, postage prepaid on the following persons, and the Debtor on the date set forth below:

Scott Waterman
Chapter 13 Trustee

Office of the United States Trustee
833 Chestnut Street
Philadelphia, PA 19107

Richard Johnson
20 Wilmington Road
Coatesville, PA 19320

2. I served a copy of the Notice of Application on all interested parties by first class mail, postage prepaid on the date set forth below.

3. No objection to the proposed compensation has been filed or served upon me since the date of service.

4.No other Applications for Administrative Expenses have been filed or served upon me.

WHEREFORE, the Debtor's counsel requests that the Court approve the Application and allow the compensation as requested.

Date of Service:February 26, 2020

Date:  05/20/20/s/ Michael G. Deegan
Michael G. Deegan, Esquire
134 West King Street
Malvern, PA 19355
(610) 251-9160
(610) 251-0205 - Fax
Counsel for Debtor