United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Richard P. Johnson  
    Debtor

Case No. 19-13736-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: May 20, 2020  
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2020.  
db          +Richard P. Johnson,    20 Wilmington Road,    Coatesville, PA 19320-4135

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2020 at the address(es) listed below:

         ANTHONY ST. JOSEPH    on behalf of Creditor    United States of America on Behalf of IRS anthony.stjoseph@usdoj.gov, mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov  
         CHRISTOPHER R. MOMJIAN    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue crmomjian@attorneygeneral.gov  
         DANIEL P. JONES    on behalf of Creditor    CitiMortgage, INC. djones@sterneisenberg.com, bkecf@sterneisenberg.com  
         DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMTP Trust, Series 2019-C debersole@hoflawgroup.com, pfranz@hoflawgroup.com  
         KARINA VELTER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com  
         KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com  
         KEVIN G. MCDONALD    on behalf of Creditor    Elkhorn Depositor LLC bkgroup@kmllawgroup.com  
         MICHAEL G. DEEGAN    on behalf of Debtor Richard P. Johnson mgdeegan@comcast.net, mike@deeganlawfirm.com  
         MICHAEL G. DEEGAN    on behalf of Attorney Michael Deegan mgdeegan@comcast.net, mike@deeganlawfirm.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
         SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                    TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| In Re: Richard Johnson | : | Chapter 13 |
| | : | |
| Debtor(s) | : | |
| | : | |
| | : | Case No. 19-13736 jkf |
| | : | |
| | : | |

**ORDER**

**AND NOW**, this _____ day of _____, 2020 upon consideration of the Application for Compensation ("the Application") filed by the debtor's counsel, Michael G. Deegan, Esquire, ("the Applicant") and upon Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the applicant in the amount of $4,000.00.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B) the allowed compensation set forth in ¶2, less $2,500.00 which was paid by the debtor pre-petition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan..

**Date: May 20, 2020**                              United States Bankruptcy Judge